IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR-15-126-C |
| ) | |
| TRUNG N. DUONG, ) | |
| WILLIAM M. BAKER, and ) | |
| CURTIS A. ANTHONY, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff requests the Court appoint a Guardian Ad Litem to act on behalf of minor M.M. While expressing no disfavor of Plaintiff's proposed guardian, Defendants object, arguing under the current process it appears Plaintiff is controlling the process and seeking only an additional advocate for its position.

As the Court explained during the telephone conference, a guardian will be appointed pursuant to 18 U.S.C. § 3509. To the extent Defendants have suggestions other than the individual proposed by Plaintiff, they shall file their suggestions not later than Wednesday, March 9, 2016.

IT IS SO ORDERED this 3rd day of March, 2016.

ROBIN J. CAUTHRON
United States District Judge